# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| QUORUM HEALTH CORPORATION, | : | Bankruptcy Case No. 20-10766 (KBO) |
| | : | BAP 21-00012 |
| Debtor. | : | |
| _____ | : | |
| RAJEEV VARMA, M.D., | : | |
| Appellant, | : | |
| v. | : | C.A. No. 21-360-LPS |
| QUORUM HEALTH CORPORATION, | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **6th** day of **May, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Chief Magistrate Judge Mary Pat Thynge reviewed the entries on this Court's docket regarding an appeal of the Order entered by Judge Karen B. Owens of the United States Bankruptcy Court of the District of Delaware on January 6, 2021. See D.I. 1-1 filed on March 11, 2021. Judge Owens's Order addressed the first motion for continuation of the automatic stay and the first motion to confirm termination of absence of the stay. Judge Owens found that the automatic stay for certain debtors and cases was terminated on June 21, 2020 and the automatic stay was terminated on

October 21, 2020 for a number of other debtors and cases.  She held that pursuant to 11 U.S.C. §§ 362(c) and 362(j) that the automatic stay is in effect for Quorum Health Corporation.  The Notice of Appeal (D.I. 1) was filed on March 11, 2021.  No Designation of the Record has been filed.  A Notice of Docketing the Bankruptcy Appeal at D.I. 2 was entered on March 11, 2021.  Thereafter, this appeal was assigned to Judge Leonard P. Stark of this Court.  On March 19, 2021, Judge Stark at D.I. 3 ordered the Appellant submit the IFP long form application (AO form 239) to the United States District Court or pay the $298.00 filing fee to the United States Bankruptcy Court for the District of Delaware.  The Order also warned that failure to submit the items within thirty (30) days would result in dismissal of this appeal without prejudice.  The Notice of Compliance deadline was set for April 19, 2021.  On April 20, 2021 a Remark was entered on this Court docket advising that the filing fee was paid on March 29, 2021.

WHEREAS, as a result of the above screening process, the order addresses issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.  The appealed Order addresses primarily legal issues, which are not conducive to resolution through mediation.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties are advised they may file objections to this Recommendation pursuant to 28

U.S.C. § 636(b)(1)(B), Fᴇᴅ. R. Cɪᴠ. P. 72(a) and D. Dᴇʟ. LR 72.1.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge